IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| GEORGE HAMILTON, | : | |
| --- | --- | --- |
| Plaintiff, | : | Case No. 2:19-CV-1910 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| OHIO DEPARTMENT OF CORRECTIONS, *et al.*, | : | Magistrate Judge Deavers |
| | : | |
| Defendants. | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's June 3, 2019, **Report and Recommendation** (ECF No. 3), which recommended that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief can be granted.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 3 at 9). The parties have failed to file any objections, and the deadline for objections (June 17, 2019) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein, **DISMISSES** the Complaint, and enters judgment for Defendant. This case is hereby **CLOSED**.

**IT IS SO ORDERED.**

            s/ Algenon L. Marbley
            **ALGENON L. MARBLEY**
            **UNITED STATES DISTRICT JUDGE**

**DATED: June 25, 2019**